LF 028
(Rev. 11/04/2019)

# PRISONER CIVIL RIGHTS COMPLAINT

## IN THE UNITED STATES DISTRICT COURT

G.d.C# 100189945

Jonathan Rice
(Enter above the full name and prisoner identification number of the plaintiff, GDC number if a state prisoner.)

-vs-

President, Joe Biden,
Attorney general
Merrick. B. Garland.
(Enter above the full name of the defendant(s).)

Case: 1:24-cv-00444
Assigned To : Unassigned
Assign. Date : 2/12/2024
Description: Pro Se Gen. Civ. (F-DECK)

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the Court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

I. **Previous Lawsuits**

   A. Have you filed other lawsuits in federal court while incarcerated in any institution?

   Yes (✓)   No ( )

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

   Plaintiff(s): Jonathan Rice, G.d.C#100189945

RECEIVED
Mail Room
FEB 12 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

1

LF 028
Rev. 11/04/2019

Defendant(s): Hays state Prison, Tyrene oilver Christopher. M. Carr. Attorney general

2. Court (name the district): Rome divisson northern District of Georgia

3. Docket Number: 4:23-CV-00237-WMR-WEJ

4. Name of judge to whom case was assigned: Walter. E. Johnson

5. Did the previous case involve the same facts?

   Yes ( )   No (✓)

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): I dont know if They dont think I am being Honest with the truth or they might dismissed case.

7. Approximate date of filing lawsuit: 10-18-2023

8. Approximate date of disposition: 10-18-2023

II. **Exhaustion of Administrative Remedies**
Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Place of Present Confinement: Hays state Prison

B. Is there a prisoner grievance procedure in this institution?

   Yes (✓)   No ( )

C. Did you present the facts relating to your complaint under the institution's grievance procedure?

   Yes (✓)   No ( )

D. If your answer is YES:
   1. What steps did you take and what were the results? I said on most of All my grievance Form that Police officer's and Prison employee's official try to Plan and get me kill I Jonathan Rice this happen to me

2

LF 028
Rev. 11/04/2019

two time at this prison, MR. Barack obama know of this.

2. If your answer is NO, explain why not: N/A

### III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: Jonathan maurice Rice
G.d.C# 1000189445

Address(es): Hays state Prison
P.O. Box 668
Trion, ga, 30753

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): President, Joe Biden
Attorney general, merrick. B. Garland

Employed as President of united State, Joe Biden
Attorney general of united State, Merrick. B. garland

at I Jonathan Rice at Hays state Prison
Defendant's at washington, dc, 20500

### IV. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

(✓) Federal official (a *Bivens* claim)
(✓) State or local officials (a § 1983 claim)

3

LF 028
Rev. 11/04/2019

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
monell Claim. False imprisonment Claim. IIED Claim. equal Protection Claim.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?
equal Protection Claim monell Claim. False imprisonment Claim

V. **Prisoner Status**
Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

( ) Pretrial detainee
( ) Immigration detainee ← dont know what going with my Right's
(✓) Convicted and sentenced state prisoner ←
( ) Convicted and sentenced federal prisoner
(✓) Other (explain) investigating U.S.A military and China military

VI. **Statement of Claim**
State here as briefly as possible the facts of your case. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them. Do **not** give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I Jonathan Rice addressing the Federal court's and being honest. the year 2010 President Barack obama and Vice President, Joe Biden it was "clearly established" that they try to Plan to get me killed the year 2010 when I Jonathan maurice Rice, was getting release from Hays state Prison, and that I be watch by Satellites devices in the sky. President, Barack obama, told me and stated that I can start a "Civil war" if I die. President, Barack obama, also stated that the U.S.A military is trying to give me Right's to have my own "Army" in the United States that I am sure that the U.S.A military have some kind of Papers of my Protection Right's That I feel that are being undermineded and

4

LF 028
Rev. 11/04/2019

violated. I tell the Federal court's the truth that I had a Clayton county Army Tank pull up on me and the Army man, All Shoot their gun's at me the year "2011 behide Jonesboro high school when this happen to me I Jonathan Rice. I Also had Clayton County Judges, ms. Benifeild try to plan in Kill me also inside their court Room. Clayton County Police officers try to plan to Kill me for money or plan to Kill me to start a civil war. I feel that these "Evil intent" is still going on and my life is still at high Risk. The Address to the clerk of court's office in Clayton county. 9151 Tara Blvd, Jonesboro, ga, 30236. For the Federal court's to investigate, asking the court's to look-up All Police Report's I have on my name the Attorney general in Georgia one time try to plan and get me killed the year 2010 I have no need of help. People tell me something about China military trying to come over here to the United State "Bombing".

### VII. Injuries
If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

N/A

### VIII. Relief
State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If requesting money damages, include the amounts of any actual and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I ask the court's for a "Private settlement agreement, for the amount of $200. thousand dollar's I requesting for money damage's. I Jonathan maurice Rice been fighting for year to stay alive and find peace and help and find ways to reach-out and help myself. If the united state court's cannot help me Thank you for Reading this and please keep this 1983 Form in your records. I ask the Federal court's President, Obama got some kind of Police Report's on my name, Jonathan Rice, Soc, Sec# XXX-XX-5165 Birthday 02-15-1990. I should have a old F.B.I Badge number if

LF 028
Rev. 11/04/2019

Federal court's can find and investigate my old F.B.I Badge number. They might put false paper-work on my F.B.I Badge number the year 2010. All my Right's been violated and underminded by F.B.I agent's in Georgia Atlanta, F.B.I Federal agent's told me and steited that I can start a civil war white people and Black People is talking about starting war's if Jonathen meurice Rice die, Lock-up Police Report's.

Signed this __1__ day of __20__, 20__24__

_Jonathen Rice_
Signature of Plaintiff

STATE OF __Georgia__
COUNTY (CITY) OF __Trion__

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON __1-20-2024__
(Date)

_Jonathen Rice_
Signature of Plaintiff